# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165
_____

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

June 29, 2026

**VIA ECF**
Honorable Stewart Aaron
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

The initial pretrial conference is rescheduled to Wednesday, July 15, 2026, at 11:30 a.m. The Clerk of Court is respectfully requested to cancel the gavel at ECF No. 17.
SO ORDERED.
Dated: June 29, 2026

Re:     **Mejia Morales et al v. Morningstar Cafe Inc. et al**
        **Case No.: 1:26-cv-03846-PAE-SDA**

Your Honor:

This office represents the Plaintiff in the above-referenced matter. The undersigned writes to request an adjournment to the Initial Conference set for July 16, 2026 at 11:00 AM. The reason for the request is that the undersigned has an in-person conference that same date at 10:30 AM in a different matter. This is the first time the parties are requesting the relief herein.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Robert Jun*
Robert Jun

*Certified as a minority-owned business in the State of New York*